

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ricky Vargas,                                    * From the 350th District Court
                                                   of Taylor County,
                                                   Trial Court No. 11753-D.

Vs. No. 11-23-00107-CR                           * June 15, 2023

The State of Texas,                              * Memorandum Opinion by Williams, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

   This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.